NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Appellee,*

*v.*

JAWON O. SMITH, *Appellant.*

No. 1 CA-CR 21-0496
FILED 9-6-2022

Appeal from the Superior Court in Maricopa County
No.  CR2015-106122-001
The Honorable Michael D. Gordon, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Linley Wilson
*Counsel for Appellee*

Ortega & Ortega, PLLC, Phoenix
By Alane M. Ortega
*Counsel for Appellant*

---

## MEMORANDUM DECISION

Presiding Judge Maria Elena Cruz delivered the decision of the Court, in which Judge Angela K. Paton and Judge Peter B. Swann joined.

---

**C R U Z**, Judge:

¶1    This appeal was filed in accordance with *Anders v. California*, 386 U.S. 738 (1967) and *State v. Leon*, 104 Ariz. 297 (1969). Appellant Jawon O. Smith appeals his sentences for one count of sex trafficking of a minor and one count of disorderly conduct. Counsel for Smith has advised this court that counsel found no arguable questions of law and asks us to search the record for fundamental error. Smith was afforded an opportunity to file a supplemental brief *in propria persona*, but did not do so. After reviewing the record, we affirm Smith's sentences.

## FACTUAL AND PROCEDURAL HISTORY

¶2    After a jury trial, Smith was convicted of sex trafficking of a minor under the age of eighteen (count 1), disorderly conduct as a lesser-included offense of aggravated assault (count 2), and four counts of child prostitution (counts 10-13). The superior court sentenced Smith to fourteen years in prison for count 1, four years in prison for count 2, and twenty-one years in prison for each of the child prostitution counts.

¶3    Smith filed a direct appeal, and in 1 CA-CR 17-0091 we affirmed his convictions and vacated and remanded for resentencing on the child prostitution convictions. *State v. Smith*, 1 CA-CR 17-0090, 1 CA-CR 17-0091 (cons.), 2018 WL 1867525, at *1, ¶ 1 (Ariz. App. Apr. 19, 2018) (mem. decision). In 2018, the superior court resentenced Smith for the child prostitution convictions, and he filed an *Anders* appeal from the resentencing. In 1 CA-CR 18-0801, we affirmed Smith's sentences for child prostitution as modified. *State v. Smith II*, 1 CA-CR 18-0801, 2019 WL 3959472, at *1, ¶ 1 (Ariz. App. Aug. 22, 2019) (mem. decision).

¶4    Smith filed a petition for post-conviction relief in August 2020. The superior court ordered additional briefing, and thereafter the State and Smith entered into an agreement stipulating that the court should grant post-conviction relief and resentence Smith on counts 1 and 2. The parties agreed that (1) Smith should be resentenced as a category two

repetitive offender on counts 1 and 2 because his sentences for those counts should have only been enhanced by one historical felony conviction instead of two, (2) his conviction for disorderly conduct had been misclassified as a class 5 felony and should be re-classified as a class 6 felony, and (3) the court should impose the minimum sentences for counts 1 and 2.

¶5        The superior court accepted the stipulation, vacated Smith's sentences for counts 1 and 2, and resentenced Smith to the minimum term of six years in prison for a category two repetitive offender convicted of sex trafficking, a class 2 felony (count 1), and to a minimum term of one year in prison for a category two repetitive offender convicted of disorderly conduct, a class 6 felony (count 2).  The court gave Smith credit for 2463 days of presentence incarceration.  The court ordered the sentence for count 2 to be served consecutively to the sentence for count 1, the sentences for counts 10-13 to be served consecutively to the sentence for count 2, and that those sentences be served concurrently with the sentence imposed in another matter, CR2013-455082-001.

¶6        Smith timely appealed, and we have jurisdiction pursuant to Arizona Constitution Article 6, Section 9, and Arizona Revised Statutes sections 12-120.21(A)(1) and 13-4031.

## DISCUSSION

¶7        We review Smith's sentences for fundamental error.  *See State v. Flores*, 227 Ariz. 509, 512, ¶ 12 (App. 2011).  Counsel for Smith has advised this court that after a diligent search of the record counsel has found no arguable question of law.  We have read and considered counsel's brief and fully reviewed the record for reversible error and find none.  *See Leon*, 104 Ariz. at 300.

¶8        Smith's new sentences were within the range of acceptable sentences for his offenses, and as far as the record reveals, the resentencing proceeding was conducted in compliance with the Arizona Rules of Criminal Procedure and Smith's constitutional and statutory rights.  We find no fundamental error.

¶9        Upon the filing of this decision, defense counsel shall inform Smith of the status of the appeal and his future options.  Counsel has no further obligations, unless upon review counsel finds an issue appropriate for submission to the Arizona Supreme Court by petition for review.  *See State v. Shattuck*, 140 Ariz. 582, 584-85 (1984).  Smith will have thirty days from the date of this decision to proceed, if he desires, with a *pro per* motion for reconsideration or petition for review.

**CONCLUSION**

¶10     For the foregoing reasons, we affirm the sentences imposed.



AMY M. WOOD • Clerk of the Court
FILED:     AA